PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF TENNESSEE

3:14-00025

U.S.A. vs. Dela Mercado-Cruz              Docket No. 0650 3:14-04007M - 1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Angela D. Rankin _(signature)_, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dela Mercado-Cruz who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John S. Bryant sitting in the Court at **Nashville, Tennessee**, on February 06, 2014, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Angela D. Rankin | Nashville, TN | February 25, 2014 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

Next Scheduled Court Event: **Not Scheduled**
Event                                          Date

---

## PETITIONING THE COURT

☒ No Action                               ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                       ☐ Other

---

THE COURT ORDERS:
☒ No Action                                ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshals only)   Date          Time
☐ Other

Considered and ordered this 26th day of February, 2014, and ordered filed and made a part of the records in the above case.

_(signature)_
Honorable John Bryant
U.S. Magistrate Judge

Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action on
Dela Mercado-Cruz
Docket: 4:14CR00007M-001
February 24, 2014

On February 6, 2014, Dela Mercado-Cruz appeared before the Honorable U.S. Magistrate Judge, John S. Bryant, for an Initial Appearance after being charged with violating 18 U.S.C. § 371 - Conspiracy to Steal More than $1,000 in Public Funds and 18 U.S.C. § 641 - Theft of More than $1,000 of Public Money. The defendant was released on that date to pretrial services supervision with special conditions.

On February 18, 2014, the defendant reported to the U.S. Probation Office for a post release intake interview. All conditions were read and explained to the defendant by U.S. Probation and Pretrial Services Officer Maria Johnson. Ms. Mercado advised she understood all conditions and signed the Order Setting Conditions of Release.

**Special Conditions of Release:**

Please reference the attached original Order Setting Conditions of Release.

**New Violations:**

**Violation No. 1: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner, and shall refrain from the excessive use of alcohol:**

The defendant reported to the U.S. Probation Office on February 18, 2014, for a post release intake interview and submitted a urine specimen. The specimen tested positive for marijuana and amphetamine. The defendant had a valid prescription for amphetamine. Ms. Mercado initially denied using marijuana after her arrest date; however, she later admitted that she had used marijuana three days prior to the test, which was after being released to pretrial supervision by the Court on February 6, 2013. The specimen was sent to Alere Laboratories, Gretna, Louisiana, for confirmation. It was confirmed positive for marijuana.

**Respectfully Petitioning the Court as Follows:**

The U.S. Probation and Pretrial Services Office would respectfully request that No Action be taken at this time. This officer will place the defendant in the Code-A-Phone Program, whereby a defendant phones in to the U.S. Probation Office on a daily basis to determine if they are required to report for a drug test on the following day. The defendant will not be referred for an alcohol and drug treatment assessment as she is not fluent in English, and it could prove difficult for her to attend treatment due to the language barrier. It will be made clear to the defendant that if she continues to use illegal substances, a Violation Petition will be prepared and a hearing will be requested by this officer to determine why the defendant's bond should not be revoked.

Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action on
Dela Mercado-Cruz
Docket: 4:14CR00007M-001
February 24, 2014


Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer


Attachments


cc: Assistant U.S. Attorney Hilliard H. Hester
CJA Panel Attorney Jennifer Thompson

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No.  14-4007 JSB |
| Dela Mercado-Cruz | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate any federal, state or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4)  The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*     to be notified
                                                             *Place*

_____ on _____
                     *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ )  (5)  The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   )  (6)  The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL



## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____  _____
*Custodian or Proxy*                               *Date*

1. Report as directed.
2. Maintain or actively seek employment.
3. Travel is restricted to the Middle District of Tennessee, unless approved in advanced by Pretrial Services.
4. No firearms, ammunition, or other dangerous weapons.
5. Refrain from excessive use of alcohol.
6. Refrain from narcotic drugs unless prescribed by a physician.
7. Submit to urine screen testing and, if deemed appropriate, inpatient or outpatient treatment at the discretion of the U.S.P.O.
8. Report as soon as possible, within 48 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
9. Permit a Pretrial Services Officer to visit him at home or elsewhere and permit confiscation of any contraband observed in plain view.
10. Surrender passport and obtain no new passport.

2/18/14

*[signatures]*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
   While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
   It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
   If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
   A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 6, 2014              _____
                                    Judicial Officer's Signature

                                    JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
                                    *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL