UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00025 |
| | ) | JUDGE CAMPBELL |
| DELA MERCADO-CRUZ | ) | |

ORDER

Pending before the Court is Defendant's Motion for Extension of Time to Submit Plea Agreement (Docket No. 67). In light of the Order (Docket No. 64) entered August 28, 2014, continuing the trial date to March 17, 2015, at 9:00 a.m. and the pretrial conference and/or change of plea hearing to March 2, 2015 at 2:00 p.m., the Motion is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE